UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| MELVIN LEROY TYLER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:19-cv-02621-SRC |
| ROBERT SCHOLLMEYER, et al., | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff Melvin Leroy Tyler's motion to vacate the order of dismissal (Docket No. 8) and motion for writ of habeas corpus ad testificandum (Docket No. 9). Plaintiff's motion to vacate will be denied, as it presents the same arguments previously considered by the Court. Furthermore, the Court will deny plaintiff's motion for writ of habeas corpus ad testificandum as moot.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to vacate (Docket No. 8) is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's motion for writ of habeas corpus ad testificandum (Docket No. 9) is **DENIED AS MOOT**.

Dated this 7th day of November, 2019.

STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE