UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MELVIN LEROY TYLER, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:19-cv-02621-SRC |
| ROBERT SCHOLLMEYER, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff Melvin Leroy Tyler's motion for leave to proceed in forma pauperis on appeal (Docket No. 12) and motion to refer case to a federal grand jury (Docket No. 13). Having reviewed the motion for leave to proceed in forma pauperis on appeal, the Court finds that it should be granted. Additionally, plaintiff's motion to refer this case to a federal grand jury will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis on appeal (Docket No. 12) is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff's motion to refer case to a federal grand jury (Docket No. 13) is **DENIED**.

Dated this 4th day of December, 2019.

SLR.CR

STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE